

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

11/13/42
This opinion has by implication been
overruled by O-1589 in so for as O-156
O-1142 may imply that the trustee may
be guilty of violating Art. 373, P.C.
The opinion is correct but the wrong
reason is given. It should not be
further cited in our opinions.
Overruled by 2-1589    Bryant.

Honorable Harry Boyd
County Attorney
Henderson County
Athens, Texas

Dear Sir:

Opinion No. O-1142
Re: A person who is trustee of an Inde-
pendent School District and an agent
of a fire insurance company may not
legally issue a policy covering the
school buildings owned by the
school district.

You have submitted to this office the following
question:

"Will a person, who is a trustee of an inde-
pendent school district and who is also an agent
for fire insurance companies, be permitted to sell
insurance to the school district, of which he is
a trustee, to cover the buildings and property of
the school?"

We are herewith enclosing copy of Opinion No. O-1014,
wherein it is held that an Independent School District could
not legally purchase material for its use from one of its
trustees. The reasons assigned therein are applicable here.

In an opinion dated June 5, 1905, (Reports of the
Attorney General, 1906-1908, p. 93) Attorney General R. V.
Davidson advised the County Attorney of Childress County
that he could not issue a fire insurance policy on the court-
house of said county without violating the provisions of
Article 373 of the Penal Code, and cited the case of Rigby
vs. State, 27 Civ. Rep. 57, to sustain his conclusion.
This opinion has been followed by subsequent Attorneys Gen-
eral.

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Hon. Harry Boyd, Page #2.

Trustees of both common and independent school districts have repeatedly been held by our courts to be "county officers." Keyker v. Watson, 291 S. W. 957, and the authorities there cited.

You are advised it is our opinion that your question should be answered in the negative, and it is so answered.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By                    Bruce W. Bryant
                     Assistant

BWB:pbp

APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN

APPROVED JUL 31, 1939

FIRST ASSISTANT
ATTORNEY GENERAL